**O-7329**

**OPINION WITHDRAWN
& NOT REISSUED**